HENRY M. LIVINGSTON, Appellant, *v.* THE MANHATTAN RAILWAY COMPANY et al., Respondents.

THIS case presented the same questions and was argued and decided with *Shepard* v. *Manhattan R. Co.* (*ante*, page 215).